THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
The State, Respondent,
v.
Eddie Drummings, Appellant.
 
 
 

Appeal from Aiken County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2007-UP-160
Submitted April 2, 2007  Filed April 5, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans, Jr., Legal Counsel, J. Benjamin Aplin, Legal Counsel, South Carolina Department of Probation, Parole, and Pardon Services, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Eddie Drummings appeals the revocation of his probation.  Drummings argues the trial court erred in revoking his probation without finding a willful violation.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Drummings appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.